# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DAKDT, Inc., a Nevada corporation, ) | |
| F&C Services, Inc., a California corporation, ) | |
| Nitro-Green, Inc., an Idaho corporation, and ) | **ORDER GRANTING MOTIONS FOR** |
| Wade M. Grove, ) | **ADMISSION PRO HAC VICE** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| All Green Acquisition Corporation, d/b/a ) | Case No. 1:06-cv-076 |
| Nitro-Green Professional Lawn & Tree Care, ) | |
| a Michigan corporation, ) | |
| ) | |
| Defendant. ) | |

Before the court are Plaintiffs' Motions for attorneys Jennifer L. Gokenbach and Chesley Key Culp III to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), both attorneys have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the clerk. Accordingly, Plaintiffs' motions (Docket Nos. 2 and 3) are **GRANTED**. Attorneys Jennifer L. Gokenbach and Chesley Key Culp III are admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge