# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | |
|---|---|
| DAKDT, Inc., a Nevada corporation, ) <br> F&C Services, Inc., a California corporation, ) <br> Nitro-Green, Inc., an Idaho corporation, and ) <br> Wade M. Grove, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> All Green Acquisition Corporation, d/b/a ) <br> Nitro-Green Professional Lawn & Tree Care, ) <br> a Michigan corporation, ) <br> ) <br> Defendant. ) | **ORDER (AMENDED) GRANTING MOTIONS FOR ADMISSION PRO HAC VICE** <br><br><br><br><br><br><br> Case No. 1:06-cv-076 |

Before the court is the Defendant's motion for attorney Michael R. Gray to appear *pro hac vice* on their behalf. In accordance with Local Rule 79.1(D), Mr. Gray has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the Defendant's motions (Docket No. 10) is **GRANTED**. Attorney Michael R. Gray is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge