# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| DAKDT, Inc., a Nevada corporation, | ) | |
| F&C Services, Inc., a California corporation, | ) | |
| Nitro-Green, Inc., an Idaho corporation, and | ) | **ORDER** |
| Wade M. Grove, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| All Green Acquisition Corporation, d/b/a | ) | Case No. 1:06-cv-076 |
| Nitro-Green Professional Lawn & Tree Care, | ) | |
| a Michigan corporation, | ) | |
| | ) | |
| Defendant. | ) | |

On February 1, 2008, the parties filed a Stipulated Motion to Amend the Scheduling/Discovery Plan to Extend Fact Discovery and File Discovery Motions. The court **ADOPTS** the parties' stipulation (Docket No. 46, 48). The parties shall have until March 1, 2008, to complete discovery and file discovery motions.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court