**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| DAKDT, Inc., a Nevada corporation, F&C Services, Inc., a California corporation, Nitro-Green, Inc., an Idaho corporation, and Wade M. Grove, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| All Green Acquisition Corporation d/b/a Nitro-Green Professional Lawn & Tree Care, a Michigan corporation, | ) ) ) ) | Case No. 1:06-cv-076 |
| Defendant. | ) | |

Before the Court is a "Stipulated Motion to Dismiss Plaintiffs DAKDT, Inc., and F&C Services, Inc., With Prejudice" filed on March 19, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No.54) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements as to all claims asserted plaintiffs DAKDT, Inc., and F&C Services, Inc., against the defendant, All Green Acquisition Corporation.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court