# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DAKDT, Inc., a Nevada corporation, F&C Services, Inc., a California corporation, Nitro-Green, Inc., an Idaho corporation, and Wade M. Grove, )<br><br>Plaintiffs,<br><br>vs.<br><br>All Green Acquisition Corporation d/b/a Nitro-Green Professional Lawn & Tree Care, a Michigan corporation,<br><br>Defendant. | **AMENDED ORDER**<br><br><br><br>Case No. 1:06-cv-076 |

Before the Court is a "Stipulated Motion to Dismiss Plaintiffs DAKDT, Inc., and F&C Services, Inc., With Prejudice" filed on March 19, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No.54) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements as to all claims asserted by and between the plaintiffs, DAKDT, Inc., and F&C Services, Inc., and the defendant, All Green Acquisition Corporation.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court