# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DAKDT, Inc., a Nevada corporation, F&C Services, Inc., a California corporation, Nitro-Green, Inc., an Idaho corporation, and Wade M. Grove, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>All Green Acquisition Corporation d/b/a Nitro-Green Professional Lawn & Tree Care, a Michigan corporation, <br><br>　　　　　Defendant. | **ORDER** <br><br><br><br><br><br>Case No. 1:06-cv-076 |

Before the Court is a "Stipulated Motion to Dismiss Plaintiff Wade M. Grove With Prejudice" filed on April 8, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No.58) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements as to all claims asserted by and between the plaintiff, Wade M. Grove and the defendant, All Green Acquisition Corporation.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court