# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| DAKDT, Inc., a Nevada corporation, | ) | |
| F&C Services, Inc., a California corporation, | ) | |
| Nitro-Green, Inc., an Idaho corporation, and | ) | **ORDER** |
| Wade M. Grove, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| All Green Acquisition Corporation, d/b/a | ) | Case No. 1:06-cv-076 |
| Nitro-Green Professional Lawn & Tree Care, | ) | |
| a Michigan corporation, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The April 14, 2008, status conference with the remaining plaintiff, Nitro-Green, Inc. (Nitro-Green), and the Defendant shall be rescheduled for May 5, 2008, at 1:00 p.m. CDT. The conference will be conducted via telephone conference call to be initiated by the court. Prior to the conference, Nitro-Green shall provide the Clerk's office with a telephone number at which its representative may be reached. The Clerk's office can be contacted at the following telephone number: (701)530-2300.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2008.

>                             */s/ Charles S. Miller, Jr.*
>                             Charles S. Miller, Jr., Magistrate Judge
>                             United States District Court