# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| DAKDT, Inc., a Nevada corporation, F&C Services, Inc., a California corporation, Nitro-Green, Inc., an Idaho corporation, and Wade M. Grove,<br><br>          Plaintiffs,<br><br>     vs.<br><br>All Green Acquisition Corporation d/b/a Nitro-Green Professional Lawn & Tree Care, a Michigan corporation,<br><br>          Defendant. | **ORDER OF DISMISSAL**<br><br><br><br>Case No. 1:06-cv-076 |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on June 26, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 65) and **ORDERS** that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the case be dismissed with prejudice and without costs or disbursements as to all claims asserted by and between the plaintiff, Nitro-Green, Inc., and the defendant, All Green Acquisition Corporation.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court